UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PETER VOTTO, *derivatively on behalf of EBIX, Inc.*, :
:
Plaintiff, :
:
-v- : 21-CV-5982 (JMF)
:
ROBIN RAINA, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United State District Judge:

      Earlier today, the Court accepted *Votto v. Raina*, No. 21-CV-5982, as related to *Calvo v. Raina*, No. 21-CV-4380. *Calvo v. Raina* had in turn been previously accepted as related to *Saraf v. Ebix, Inc.*, No. 21-CV-1589.

      In the interests of judicial economy, counsel for the parties in all three cases are directed to confer with one another and, no later than **August 5, 2021**, to submit a joint letter addressing the parties' positions on how the Court should proceed with the new case, including whether *Votto v. Raina* should be consolidated with either *Calvo v. Raina* or *Saraf v. Ebix, Inc.* (or both), *see* Fed. R. Civ. P. 42; whether there is a need for a conference to discuss coordination of the three cases (or anything else); and anything else the parties think appropriately bears on the Court's management of the cases going forward.

      **The Clerk of Court is directed to docket this in 21-CV-1589 and 21-CV-4380 in addition to 21-CV-5982.**

      SO ORDERED.

Dated: July 15, 2021
       New York, New York
                                               JESSE M. FURMAN
                                             United States District Judge